U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ROSS ELLIOTT v CARMAX AUTO SUPERSTORES, INC. | Case Number:<br>FILED: APRIL 9, 2008<br>08CV2005   PH<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF ROSS ELLIOTT

| |
|---|
| NAME (Type or print)<br>ERIC KACZANDER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ ERIC KACZANDER |
| FIRM<br>KROHN & MOSS, LTD. |
| STREET ADDRESS<br>120 W MADISON ST, 10TH FLOOR |
| CITY/STATE/ZIP<br>CHICAGO IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6283184 | TELEPHONE NUMBER<br>(312) 578-9428 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐