# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2005 |
|---|---|
| Ross Elliott, | |
| v. | |
| CarMax Auto Superstores, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CarMax Auto Superstores, Inc.

| | |
|---|---|
| **NAME (Type or print)** <br> Christian A. Sullivan | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Christian A. Sullivan | |
| **FIRM** <br> Swanson, Martin & Bell, LLP | |
| **STREET ADDRESS** <br> 2525 Cabot Drive, Suite 204 | |
| **CITY/STATE/ZIP** <br> Lisle, Illinois 60532 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6278557 | **TELEPHONE NUMBER** <br> 630-799-6900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |