UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSS ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 2005 |
| ) | |
| CARMAX AUTO SUPERSTORES, INC., ) | Judge Pallmeyer |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

**DEFENDANT'S JURY DEMAND**

The undersigned, as attorney, pursuant to Federal Rule of Civil Procedure 38, demands a trial by jury on behalf of defendant, **CARMAX AUTO SUPERSTORES, INC.**

**SWANSON, MARTIN & BELL, LLP**

By: /s/ Christian A. Sullivan  _____

I certify that a copy of the Defendant's Jury Demand was served on all parties who have appeared and have not heretofore been found by the Court to be in default.

/s/  Christian A. Sullivan_____
Attorney for Defendant

Bruce S. Terlep
Christian A. Sullivan
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive, Suite 204
Lisle, IL 60532
(630) 799-6900
Attorney No. 6278557

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Elliott v. CarMax Auto Super., Inc.* |
| | ) SS | Court No. 08 CV 2005 |
| COUNTY OF DUPAGE | ) | |

## CERTIFICATE OF SERVICE

Christian A. Sullivan, being first duly sworn on oath, deposes and states that he mailed the above and foregoing *Defendant's Jury Demand,* by placing the same in the U.S. Mail located at 2525 Cabot Drive, Lisle, Illinois, 60532, in an envelope with proper postage addressed to:

> KROHN & MOSS, LTD.
> 120 West Madison Street
> Tenth Floor
> Chicago, IL 60602

On this 9th day of July 2008.               /s/ Christian A. Sullivan          _____