UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSS ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 2005 |
| | ) | |
| CARMAX AUTO SUPERSTORES, INC., | ) | Judge Pallmeyer |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## NOTICE OF FILING

**TO:**   KROHN & MOSS, LTD., 120 West Madison, Tenth Floor, Chicago, IL 60602.

PLEASE TAKE NOTICE that on **July 9, 2008,** I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Defendant's Appearance, Jury Demand and Answer** in the above entitled action, a copy of which is hereby served upon you.

/s/ Christian A. Sullivan

Bruce S. Terlep
Christian A. Sullivan
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6900
Attorney No. 6278557

## PROOF OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law, that the above notice and attached pleading were served via U.S. Mail upon the party at the address set forth above by placing the same in the U.S. mailbox located at 2525 Cabot Drive, Lisle, IL, with proper postage pre-paid to the party at the address set forth above on the **9th** day of **July, 2008**.
.

/s/ Christian A. Sullivan