UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSS ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 2005 |
| ) | |
| CARMAX AUTO SUPERSTORES, INC., ) | Judge Pallmeyer |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

### Report of Parties Planning Meeting

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on July 16, 2008 at Krohn & Moss, Ltd., 120 West Madison Street, Chicago, Illinois.

   attended by:

   Eric Kaczander for plaintiff
   Christian Sullivan for defendant

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:
   The facts and circumstances regarding the sale of the subject vehicle, the presale representations regarding the mileage of the subject vehicle, the disclosures made regarding the mileage indicated on the subject vehicle's odometer, the actual odometer reading and damages.

   b. Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by August 18, 2008. All discovery to be commenced in time to be completed by November 30, 2008.

   c. The parties expect they will need approximately five total depositions.

   d. Reports from retained experts under Rule 26(a)(2) due:
   from plaintiff by September 15, 2008.
   from defendant by October 30, 2008.

  e. Parties should be allowed until September 15, 2008 to join additional parties and to amend the pleadings.

  f. All potentially dispositive motions should be filed by November 30, 2008.

  g. Final pretrial order: Plaintiff to prepare proposed draft by December 29, 2008; parties to file joint final pretrial order by January 16, 2009.

  h. The case should be ready for trial by March 3, 2009 and at this time is expected to take approximately two to three days.

3. **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff is directed to make a written settlement demand to the defendant. At least 7 days prior to the scheduling conference defendant is to respond in writing to the plaintiff's settlement demand.

4. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Date:   July 17, 2008

_____
Eric Kaczander
Attorney for Plaintiff


_____
Christian A. Sullivan
Attorney for Defendant