**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROSS ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:08-cv-02005 |
| | ) | |
| CARMAX AUTO | ) | |
| SUPERSTORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Mr. Bruce Terlep
     Swanson, Martin & Bell
     2525 Cabot Dr., Suite 204
     Lisle, Illinois 60532

PLEASE TAKE NOTICE THAT ON July 31, 2008, there was filed with the clerk of the District Court, **Plaintiff's Supreme Court Rule 26(a)(2) Disclosure**, a copy of which is attached hereto and herewith served upon you.

By:  s/Scott M Cohen_____
                Attorney for Plaintiff

Name:        KROHN & MOSS, LTD.
Attorneys For: Plaintiff
Address:     120 W. Madison Street, 10th Floor
City:        Chicago, Illinois 60602
Telephone:   (312) 578-9428
Atty. No.    33599

## PROOF OF SERVICE

The undersigned, attorney for Plaintiff, certifies that I served this notice by mailing it to the above named party at the above referenced address by regular mail on July 31, 2008, by 5:00 p.m. from 120 West Madison, Chicago, Illinois 60602, in an envelope with first class postage prepaid thereon.

By:  s/Scott M Cohen_____
                Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROSS ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:08-cv-02005 |
| | ) | |
| CARMAX AUTO | ) | |
| SUPERSTORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S OPINION WITNESS DISCLOSURE PURSUANT TO SUPREME COURT RULE 26 (a)(2)

NOW COMES the Plaintiff, ROSS ELLIOTT, by and through his attorneys,

KROHN & MOSS, LTD., and for his Opinion Witness Disclosure pursuant to Illinois

Supreme Court Rule 26 (a)(2), states as follows:

1.    **Name, address and Place of Employment**:

Mr. Joe Pennacchio
Lending Tower, Inc.
2725 North Thatcher, Suite 500
River Grove, IL 60171

2.    **Qualifications of Opinion Witness**:

Mr. Pennacchio is a retail vehicle finance specialist.  See attached resume.

3.    **Opinions and Conclusions of Opinion Witness**:

See attached report. In addition to the opinions expressed in the report,
Plaintiff's counsel will elicit testimony from this witness on the following
subjects:

1.  The diminution in value of the subject vehicle at the time of sale.  The
witness may base this opinion on the Kelly Blue book, the NADA guide
and/or any other accepted valuation computation guides utilized in the
automotive industry, as well as the purchase contract/retail installment
contract and repair orders relating to the subject vehicle.

2. The subject vehicle was actually worth less than the Plaintiff paid at the time of sale. This opinion may be based on other comparable vehicles (without defects) and comparable vehicles (with similar defects) and that the model year of the subject vehicle was actually comparable in performance and value to an earlier model of the subject vehicle. The witness may base this opinion on the Kelly Blue book, the NADA guide and/or any other accepted valuation computation guides utilized in the automotive industry, as well as the purchase contract/retail installment contract and the repair orders relating to the subject vehicle.

3. That the odometer on the subject vehicle had been rolled back and not disclosed to Plaintiff at the time of purchase. This opinion may be based on other comparable vehicles (without defects) and comparable vehicles (with similar defects) and that the model year of the subject vehicle was actually comparable in performance and value to an earlier model of the subject vehicle. The witness may base this opinion on the Kelly Blue book, the NADA guide and/or any other accepted valuation computation guides utilized in the automotive industry, as well as the purchase contract/retail installment contract and the repair orders relating to the subject vehicle.

4.    **Location of Additional Evidence**:

None.

5.    **Other Witnesses**:

Plaintiff will call the service manager, technicians, mechanics and/or service advisors as identified in the repair orders of the authorized dealers of the Defendant where the subject vehicle was serviced. These individuals will be called pursuant to both Illinois Supreme Court Rule 213(f) and (g). Plaintiff will call these individuals who are presently employed by Defendant's authorized dealerships on the date of arbitration and/or trial. These witnesses will testify about the contents of all repair orders or any other documentation created by the Defendant's authorized dealerships where they are employed. The testimony will include all information contained in the repair orders including, but not limited to the work performed on the subject vehicle, any applicable technical service bulletins and/or recalls performed on the subject vehicle and any codes contained in the repair orders. These witnesses may also testify about the warranty covering the subject vehicle, the terms of the warranty covering the subject vehicle, the warranty history printout or any other computer generated documents of the dealership or Defendant and the amount of warranty dollars spent on the subject vehicle. In addition, these individuals may testify about other vehicles they have serviced as well as the merchantability of the subject vehicle at the time of sale and the

"reasonableness" of the repair history of Plaintiff's vehicle. Finally, these witnesses may also testify as to the Kelly Bluebook, Blackbook, and/or NADA value (or any other accepted measure of value of the vehicle common in the industry) of the subject vehicle as defined by all categories in those manuals as well as the amount of value the subject vehicle has been diminished due to the defects in the subject vehicle.

Plaintiff will call the service manager and/or service advisor of Defendant's authorized dealerships who are employed on the day of arbitration and/or trial to authenticate any and all repair orders or any other documentation created by their respective dealership. They will also be called to testify that the aforementioned documents are kept in the normal course of business and are business records of the applicable dealership or business entity.

Plaintiff will also call the technicians and/or records keeper of all independent repair facilities to testify about the contents of all repair orders, estimates, paid bills. The testimony will include all information contained in the aforementioned documentation including, but not limited to the work performed on the subject vehicle and any codes contained in the aforementioned documentation. These witnesses may also testify about the amount of money spent repairing the subject vehicle. In addition, these individuals may testify about other vehicles they have serviced as well as the merchantability of the subject vehicle at the time of sale and the "reasonableness" of the repair history of Plaintiff's vehicle. These witnesses may also testify as to the Kelly Bluebook, Blackbook, and/or NADA value (or any other accepted measure of value of the vehicle common in the industry) of the subject vehicle as defined by all categories in those manuals as well as the amount of value the subject vehicle has been diminished due to the defects.

Plaintiff will call the records keeper(s) of any and all independent repair facilities to authenticate any documentation created by their respective business. These witnesses will also be called to testify that the aforementioned documentation is kept in the normal course of business and are business records of the applicable business.

Plaintiff may also call any or all of Defendant's witnesses to testify at arbitration and/or trial pursuant to Illinois Supreme Court Rule 213(f) and (g) about the warranty covering the subject vehicle, the terms of the warranty covering the subject vehicle, the warranty history printout or any other computer generated documents of the Defendant, the amount of warranty dollars spent on the subject vehicle, comparable vehicles they have been associated with, the defective nature of the subject vehicle, the merchantability of the subject vehicle at the time of sale and any reports they may have created. Defendant's witnesses may also testify as to the

Kelly Bluebook, Blackbook, and/or NADA value (or any other accepted measure of value of the vehicle common in the industry) of the subject vehicle as defined by all categories in those manuals as well as the amount of value the subject vehicle has been diminished due to the defects. These individuals will also be called to authenticate any and all documentation provided by Defendant to Plaintiff during discovery.

Plaintiff, at arbitration and/or trial, will call the individual or persons identified in Defendant's responses to interrogatories and response to Plaintiff's request for production who assisted in answering the aforementioned discovery to authenticate all documentation produced in discovery and regarding the answers to interrogatories.

Plaintiff, at arbitration and/or trial, will call the individual who verified Defendant's responses to interrogatories and response to Plaintiff's request for production to authenticate all documentation produced in discovery and regarding the answers to interrogatories.

Plaintiff will testify at arbitration and/or trial about the matters alleged in Plaintiff's complaint and all documents produced to Defendant by Plaintiff during the course of discovery.

Plaintiff will also be called to offer lay person testimony regarding Plaintiff's subjective belief as to the diminished value of the subject vehicle at the time the vehicle was purchased and/or leased. Plaintiff will testify that the value of the subject vehicle was diminished by as much as 50% (or less) of the purchase/lease price. Plaintiff will testify that Plaintiff would not have paid the contract price for the subject vehicle had Plaintiff been aware of the numerous mechanical defects and non-conformities that would arise in the vehicle. Plaintiff will base this testimony on the repair history as documented in the repair records, and current problems with the vehicle at the time of arbitration and/or trial; Plaintiff's experience purchasing, trading-in and/or selling vehicles; Plaintiff's knowledge of comparable vehicles; and/or Plaintiff's knowledge of the current price of the vehicle based on recognized valuation guides that are available through the Internet.

Respectfully submitted,
**ROSS ELLIOTT**


By: s/Scott M. Cohen
              Attorney for Plaintiff

KROHN & MOSS, LTD
Attorneys for Plaintiff
120 W. Madison Street, 10th Floor
Chicago, Illinois 60602
(312) 578-9428
Attorney No. 33599

**Joseph A. Pennacchio**
**360 Carey Court**
**Bloomingdale, IL   60108**

## BIOGRAPHY

Joseph Pennacchio has extensive experience in the field of new and used vehicle financing.  This experience includes a broad range of work history including appraisal, sales, and management at both retail and wholesale levels.  Further, I have designed, implemented, and managed vehicle (and other) finance systems at the dealership, brokerage and lender level.

## WORK HISTORY

| | |
|---|---|
| 2003-Present | Owner and CEO, LENDING SERVICES, INC. (LSI)<br>Developed and implemented the business plan for this consumer mortgage loan brokerage company   Created key relationships with loan providers, real estate agents, and loan officers/processors to insure smooth and profitable operations. |
| | Owner and CEO, LENDING TOWER, INC. (LTI)<br>Developed and implemented the business plan for this consumer vehicle loan brokerage company.  Created key relationships with lenders, dealers and sales representatives to insure smooth and profitable operations. |
| 2002-Present | Owner and CEO, ILLINOIS MOTOR CREDIT, INC. (IMCI)<br>Developed and implemented the business plan for this consumer loan company  Managed the business development from infrastructure through Information technology and personnel. |
| 2001-Present | Consultant and Expert Witness for KROHN & MOSS, LTD.<br>Krohn & Moss is a nationally recognized plaintiff law firm.  Provides fee based expert opinion as to the market value of automobiles that are the object of disputes regarding automobile dealer representations and warranties.  Provides reports and participates in depositions and court proceedings. |
| 1996-2002 | Owner and CEO, PRIME LENDING, LTD.<br>Developed and managed a vehicle loan brokerage business.  Increased sales volume for every operating period.  Also Mr. Pennacchio was personally responsible for all vehicle appraisals.  The funding institutions (banks, loan companies, etc.) required that each vehicle be appraised without physical inspection.  In this capacity he was personally responsible for over 5,000 appraisals. |
| 1998-2000 | Owner and CEO, PRIME AUTO CREDIT, INC.<br>Developed and managed a used vehicle sales business.  Increased sales volume for every operating month.  Year 1999-2000 sales exceeded $3,000,000 gross with a net operating profit of over $500,000 during these periods.  Sold business interest to to new owners to pursue other business. |
| 1989-1996 | Finance Manager, CARR'S HONDA<br>Managed the retail finance department for Chicagoland's largest Honda dealership.  Developed and interacted with wholesale financing sources (banks, loan companies, etc.), increased profitability of finance department for all operating periods. |
| 1983-1988 | Sales Representative, THE OAK AGENCY<br>Sold and serviced automobile insurance and warranty products for automobile transactions.  Developed a dealer network of approximately 50 entities.  Increased Agency's sales during every year with The Oak Agency. |
| References | Available upon request. |

| LENDING TOWER, INC. OPINION REPORT | REPORT NUMBER OR-ELLIOTT01-041408 | PAGE 1 OF 1 |
|---|---|---|
| | DATE April 14, 2008 | |

| CASE | ROSS ELLIOTT VS. CARMAX |
|---|---|

| BUYER | SELLER | VEHICLE |
|---|---|---|
| Ross Elliott 816 Concord Lane Hoffman Estates, IL 60195 | CARMAX – Schaumburg 250 E. Golf Rd. Schaumburg, IL 60173 | Used 2002 Honda CRV SHSRD78842U003639 |

### PURCHASE

Ross Elliot purchased used the above referenced vehicle on or about November 12th, 2007. The purchase price was $15,998.00  At the time of sale, as represented on the buyer's order and odometer disclosure statement (Exhibits "A, B"), the actual mileage on the subject vehicle was 33,573.

### HISTORY OF VEHICLE

The related history of this transaction clearly indicates that Ross Elliott purchased the subject vehicle with the mileage on the vehicle listed as 33,573 miles at the time of sale. The odometer disclosure statement and all purchase documents do not reflect that the mileage was anything other than actual mileage (Exhibits "A, B"). However, a review of the Carfax report, photograph of notice on the vehicle, and McGrath Honda Invoice #HOCS094635 all indicate that the mileage on the subject vehicle was on one date higher than a subsequent date where the mileage was recorded in a sales transaction documented by the secretary of state (Exhibits "C, D, E"). Although these records do not reveal the exact amount of the mileage discrepancy, it is clear from a review of the documents that the odometer was rolled back by at least 50,159 miles.

### DOCUMENTS REVIEWED

| | | |
|---|---|---|
| 1. | CARMAX Buyer's Order | (ATTACHED AS EXHIBIT "A") |
| 2. | Odometer Disclosure Statement | (ATTACHED AS EXHIBIT "B") |
| 3. | Carfax Report | (ATTACHED AS EXHIBIT "C") |
| 4. | Photograph of Notice | (ATTACHED AS EXHIBIT "D") |
| 5 | McGrath Honda Invoice #HOCS194635 | (ATTACHED AS EXHIBIT "E") |
| 6 | Black Book Historical Used Car Xpress (2) | (ATTACHED AS EXHIBIT "F") |

## CONCLUSION

I researched the retail value for a 2002 Honda CRV with 33,573 miles and compared that to the same make and model vehicle with 86,159 miles. The retail value of the subject vehicle with 33,573 miles which was as represented by the dealership in this case as actual mileage was $13,150.00. The retail value of the subject vehicle with 86,159 miles which was the minimum amount of miles that could have been on the subject vehicle based upon what I know to be the minimum amount of rollback of the odometer as evidenced in (Exhibits "C, D, E") was $11,950.00 (Exhibit "F").

Further, it has become common place in the automotive sales industry to perform a simple on-line "Carfax" search to quickly determine if there are any problems with a vehicle's history that would impact its value. A great majority of the dealerships that I conduct business with routinely utilize "Carfax" to some extent. In less then 2 minutes and for a cost of less then $30.00, "Carfax" will search a vehicle's VIN to provide a detailed report specifically indicating if a vehicle has any prior issues including but not limited to an odometer discrepancy issue (Exhibit "C") It is extremely important to know whether or not an odometer has been "rolled back" as that has a direct effect on the title to the vehicle and thus the value of the vehicle. In my experience, vehicles sold with odometer discrepancies and thus defective titles are discounted between 40 to 50 additional percent from the retail price for the same vehicles above and beyond the difference in price due to the number of miles as represented to be on the vehicle versus the minimum number of miles that were actually on the vehicle when last recorded. In fact, "rolling back" an odometer is so serious that it is a violation of both Federal and State Law.

Therefore, it is apparent that the dealership overcharged Ross Elliot by at least 50 percent that takes into account both the difference in value for the mileage on the subject vehicle as well as the defective title. That would result in a deduction of $7,999.00 from the purchase price.

Therefore, it is my opinion based upon my experience the subject vehicle was overvalued by $7,999.00 at the time of the Ross Elliott purchase.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit are true and correct, except as to the therein stated to be on information and belief and as to such matters the undersigned certifies a aforesaid that he verily believes to be true.

The above findings and opinions found in this report are exactly that, opinions. The findings are based on the review of the service history of the vehicle and the current nature of the problem, which may be supported by photo or sound documentation or other related text. I cannot accept liability for the opinions based in this report.

Sincerely,
Joseph A. Pennacchio
Joseph A. Pennacchio

**EXHIBIT A**

**ROSS WILLIAM ELLIOTT**
Purchaser/Buyer #1

Purchaser/Buyer #2
816 CONCORD LN
Home Address
HOFFMAN ESTATES, IL 60102
City                 State        Zip
(847) 496-4416
Home Phone           Work Phone

☐ New    ☒ Used    ☐ Demonstrator

| Make HONDA | Body Type SPORT UTILITY | Model CRV |
|---|---|---|
| Vehicle ID Number | Year 2007 | Mileage 33,673 |
| Stock Number | Color BLUE | |

Unless otherwise indicated, the odometer mileage listed on the Odometer Disclosure Statement on the reverse side of the title (or in a separate Odometer Disclosure Statement) to the vehicle transferred to Purchaser hereunder is based on the best knowledge and belief of CarMax, and Purchaser agrees that CarMax shall have no liability to Purchaser under this agreement or otherwise if the odometer is determined to be inaccurate for reasons beyond the control of, and without the actual knowledge of CarMax.

**NO LIABILITY INSURANCE INCLUDED**
Purchaser's Insurance Company: USA CASUALTY
USAA                              (800) 531-8111
Agent's Name                      Phone Number

Address          City          State          Zip

**TRADE-IN INFORMATION (Vehicle sold to CarMax)**

| Make TOYOTA | Body Type 4D PASS VAN | Model SIENNA |
|---|---|---|
| Vehicle ID Number #T3ZF19G7YU317832 | Year 2000 | Mileage 110764 |
| Make | Body Type | Model |
| Vehicle ID Number | Year | Mileage |

The CarMax Warranty Brochure, by this reference, is made a part of this contract. Please read it in its entirety because it contains the details of the Limited Warranty.
LIMITATION OF WARRANTIES: CARMAX MAKES NO EXPRESS WARRANTIES UNLESS SEPARATELY SET FORTH IN WRITING. ANY AND ALL IMPLIED WARRANTIES APPLICABLE TO THE PRODUCTS SOLD HEREUNDER, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTIBILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE DURATION OF THE WRITTEN LIMITED WARRANTY GIVEN BY CARMAX, IF ANY.
To the extent allowed by applicable law, CarMax shall not be liable for any damages relating to loss of use of the products, loss of time, inconvenience or commercial loss, or any other incidental or consequential damages. Any and all warranties are extended only to the original purchaser.
SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS OR EXCLUSION OR LIMITATIONS ON RELIEF SUCH AS INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU ALSO MAY HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

**PLEASE READ THE BACK OF THIS FORM, IT CONTAINS TERMS THAT ARE PART OF THIS BUYERS ORDER THAT AFFECT YOUR PURCHASE.**

By executing this Order, Purchaser acknowledges he has read front and back and agrees to be bound by all of its terms and has received a fully completed copy.
Purchaser certifies he/she is 18 years of age or older.

_____
Purchaser #1 Signature          Social Security Number          Purchaser #2 Signature          Social Security Number

This order is not valid unless signed and accepted by an authorized representative of the Dealership.

LEE HAGE        11-12-07
_____
Salesperson          Date          Authorized Representative of Dealership          PFF550

IL 8/00                          www.carmax.com

---

**CARMAX**
THE AUTO SUPERSTORE

**BUYER'S ORDER**

Printed 11/12/2007 04:28 pm 1 of 1
Deal Tracking #: 723668    Max VIN #: 0

| | | |
|---|---|---|
| 1) Base Price of Vehicle ☒ CarMax ☐ Vehicle+ ☐ New | 1) $ | 18,999.00 |
| 2) Accessories (see Accessories Addendum attached hereto and made a part hereof) | 2) $ | 0.00 |
| 3) Extended Service Agreement ☐ Maxcare ☐ VehicleServ ☐ Manuf. | 3) $ | 0.00 |
| 4) Credit Life, Involuntary Unemployment Insurance | 4) $ | 0.00 |
| 5) Total Vehicle Balance | 5) $ | 18,999.00 |
| 6) Total "Trade-In" Value $ 3,500.00 | | |
| Cash Delivered to Purchaser $ 0.00 | | |
| Total Amount Net Applied to Purchase $ 0.00 | | |
| Applied Equity from "Trade-In" | 6) $ | 3,500.00 |
| 7) Total Balance Due (5-6) | 7) $ | 12,499.00 |
| 8) Other Charges: | | |
| Optional ERT Fee $ 29.00 | | |
| Transfer Fee $ 18.00 | | |
| Title Fee $ 65.00 | | |
| Sales Tax $ 831.00 | | |
| Cook County Tax $ 94.36 | | |
| N/A $ N/A | | |
| N/A $ N/A | | |
| DOCUMENTARY FEE $ 80.48 | 8) $ | 1,138.84 |
| 9) Discharge of Lien TO: | 9) $ | 0.00 |
| 10) Total Selling Price (7+8+9) | 10) $ | 13,638.84 |
| 11) Downpayment | 11) $ | 13,638.84 |
| 12) Incentives and Rebates N/A $ N/A | | |
| N/A $ N/A | | |
| N/A $ N/A | 12) $ | 0.00 |
| 13) BALANCE DUE AT SETTLEMENT (10-11-12) | 13) $ | 0.00 |

☒ Cash Sale  ☐ Financed  ☐ Lease
If applicable, Finance Company Name N/A

I have decided not to purchase extended service
coverage for my vehicle at this time.    _____ Purchaser Initial

**THIS VEHICLE IS SOLD AS IS WITH NO WARRANTY AS TO MECHANICAL CONDITION.**

_____
SIGNATURE                              DATE

IF THIS AGREEMENT IS FOR A USED VEHICLE, THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE

Prior written or oral statements, negotiations, communications or representations about the products sold hereunder have been merged into or superceded by this writing and, if not included in this writing, are not binding. This is the total agreement about any and all warranties related to the products sold hereunder.

8

**EXHIBIT B**

May-30-08  05:12P                                                                    P.04

01/01/1999  00:02    6303726434              T ELLIOTT                    PAGE  02

11/13/2007 04:06 pm  1 of 1
DMS Tracking #: 733301   Page 75 #: 0

## ODOMETER DISCLOSURE STATEMENT
### (Non-Leased)

FEDERAL AND STATE LAW REQUIRES THAT YOU STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR AN INACCURATE STATEMENT MAY MAKE YOU LIABLE FOR DAMAGES TO YOUR TRANSFEREE, FOR ATTORNEY FEES, AND FOR CIVIL OR CRIMINAL PENALTIES, INCLUDING FINES AND/OR IMPRISONMENT, PURSUANT TO SECTIONS 409, 412, AND 413 OF THE MOTOR VEHICLE INFORMATION AND COST SAVINGS ACT OF 1972 (PUB. L. 92-513, AS AMENDED BY PUB. L. 94-354)

I, CARMAX - SCHAUMBURG _____, STATE THAT THE ODOMETER
    (TRANSFEROR NAME - PRINT)
NOW READS _____ 13,673 _____ (NO TENTHS) MILES/KILOMETERS AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE UNLESS ONE OF THE FOLLOWING STATEMENTS IS CHECKED.

CHECK ONE BOX ONLY.

☐ (1) I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.

☐ (2) I HEREBY CERTIFY THAT THE ODOMETER READING IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY.

| YEAR | MAKE | BODY TYPE | MODEL |
|------|------|-----------|-------|
| 2002 | HONDA | 4D SPORT UTILIT | CR-V |

VEHICLE IDENTIFICATION NUMBER

## SHSRD78842U003632

TRANSFEROR'S SIGNATURE _____

PRINTED NAME CARMAX - SCHAUMBURG

TRANSFEROR'S ADDRESS 240 N. GOLF ROAD
                        STREET

            SCHAUMBURG              IL      60173
            CITY                    STATE   ZIP

DATE OF STATEMENT ____ 11/13/2007 ____

TRANSFEREE'S SIGNATURE _____ Russ Elm _____

PRINTED NAME ROSS WILLIAM ELLIOTT

TRANSFEREE'S ADDRESS 616 CONCORD LN
                        STREET

            HOFFMAN ESTATES          IL      60192
            CITY                    STATE   ZIP

3

**EXHIBIT C**

May-30-08 05:12P                                                                 P.05

01/01/1999 00:02    6303726434              T ELLIOTT                    PAGE 03

**CARFAX Vehicle History Report on SHSRD78842U003639**                   Page 1 of 4

Report Generated for Ross W. Elliott                          For Personal Use Only

## CARFAX Vehicle History Report

An independent company established in 1986



**2002 HONDA CR-V EX**
SHSRD78842U003639
4 DR. WAGON/SPORT UTILITY
2.4L L4 PFI DOHC / ALL WHEEL
DRIVE
Standard Equipment | Safety Options
CARFAX Safety & Reliability Ratings

**Hi-I'm the CARFAX Xpert™.** I'm here to help you better
understand the data in this CARFAX Report. Did you know...
- We checked over 5 billion records from thousands of
  data sources for this vehicle
- This vehicle qualifies for the CARFAX Buyback
  Guarantee
- The last reported odometer reading was 33,573

## SUMMARY

A CARFAX Vehicle History Report is based only on information supplied to CARFAX. Other information about this vehicle, including
problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test
drive, to make a better decision about your next used car.

### OWNERSHIP HISTORY
The number of owners is estimated by CARFAX

| | OWNER 1 | OWNER 2 |
|---|---|---|
| Year purchased | 2002 | 2007 |
| Type of owner | Personal | --- |
| Estimated length of ownership | 5 yrs. 3 mo. | 2 months |
| Owned in the following states/provinces | Illinois | Illinois |
| Estimated miles driven per year | 4,745/yr | --- |
| Last reported odometer reading | 21,000 | 33,573 |

### TITLE PROBLEMS
CARFAX guarantees the information in this section

| | OWNER 1 | OWNER 2 |
|---|---|---|
| Salvage | Junk | Rebuilt | Guaranteed No Problem | Guaranteed No Problem |
| Fire/Flood | Hail Damage | Buyback/Lemon | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage | Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem |

**None of these major title problems were reported by a state Department of
Motor Vehicles (DMV).** If you find that these title problems were reported by a DMV and
not included in this report, CARFAX will buy this vehicle back.                Register | View Terms

### OTHER INFORMATION
Not all accidents or other issues are reported to CARFAX

| | OWNER 1 | OWNER 2 |
|---|---|---|
| **Total Loss Check** No total loss reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported |
| **Structural / Frame Damage Check** No structural / frame damage reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported |
| **Airbag Deployment Check** No airbag deployment reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported |
| **Odometer Rollback Check** No indication of an odometer rollback. | ☑ No Issues Indicated | ☑ No Issues Indicated |
| **Accident Check** No accidents reported to CARFAX. | ☑ No Issues Reported | ☑ No Issues Reported |
| **Manufacturer Recall Check** Check with an authorized Honda dealer for any open recalls. | ☑ No Recalls Reported | ☑ No Recalls Reported |
| **Basic Warranty Check** | | |

4

May-30-08 05:13P                                                                    P.06

01/01/1999 00:02  6303726434                    T ELLIOTT                    PAGE 04

**CARFAX Vehicle History Report on SHSRD78B42U003639**                    Page 2 of 4

| Original warranty estimated to have expired. View Info Interested in an extended warranty? | Warranty Expired | Warranty Expired |
|---|---|---|

Tell us what you know about this vehicle

**CARFAX Hot Listings®**

**Still looking?** Find similar cars just listed for sale in your area

| Let us do the work! Get daily updates of HONDA CR-V vehicles for sale in your area. Email: TRICIA.ELLIOTT@COM Zip: 60192   Submit |
|---|

**2002 HONDA CR-V EX**
**Body Style:** 4 Dr. Wagon/Sport Utility
**Engine Type:** 2.4L L4 PFI DOHC
**Standard Equipment:** Power Windows, Power Brakes, Power sun / moon roof, Tilt Wheel, 6-digit Odometer
 Free CARFAX Report

**Honda on Grand**
630-833-7700

Distance: 12.13 mi
View Dealer Inventory
Contact Dealer

**2001 HONDA CR-V EX**
**Body Style:** 4 Dr. Wagon/Sport Utility
**Engine Type:** 2.0L L4 FI SOHC 16V
**Standard Equipment:** Power Windows, Power Steering, Air Conditioning, AM / FM CD, Power Brakes, Tilt Wheel, 6-digit Odometer
 Free CARFAX Report

**Richardson Suzuki**
219-923-4000

Distance: 46.37 mi
View Dealer Inventory
Contact Dealer

**2002 HONDA CR-V EX**
**Body Style:** 4 Dr. Wagon/Sport Utility
**Engine Type:** 2.4L L4 PFI DOHC
**Standard Equipment:** Power Windows, Power Steering, Air Conditioning, AM / FM CD, Power Brakes, Power sun / moon roof, Tilt Wheel, 6-digit Odometer
 Free CARFAX Report

**Mid City Nissan Subaru**
773-282-6200

Distance: 18.23 mi
View Dealer Inventory
Contact Dealer

 My Auto Insurance. Costs too much? INSWEB

**DETAILS**                                                          Glossary

A CARFAX Vehicle History Report is based only on information supplied to CARFAX. CARFAX checked over 5 billion vehicle history events and found 6 record(s) for this 2002 HONDA CR-V EX (SHSRD78B42U003639).



| OWNER 1 | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|
| Purchased: 2002 Type: Personal Where: Illinois Est. miles/year: 4,745/yr Est. length owned: 8/7/02 - 12/6/07 (5 yrs. 3 mo.) | | | | |
| | 07/04/2002 | | US Customs | Vehicle imported to Baltimore, MD |
| | 08/07/2002 | | Illinois Motor Vehicle Dept. Crete, IL | Registered as personal vehicle |
| Low mileage! This owner drove an estimated 4,745 miles per year, lower than the industry average of 15,000 miles. These vehicles can be a better value. | 08/20/2002 | 7 | Illinois Motor Vehicle Dept. Crete, IL Title #T2232606147 | Title issued or updated First owner reported Loan or lien reported |

5

CARFAX Vehicle History Report on SHSRD78842U003639



| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 07/17/2006 | | Illinois Motor Vehicle Dept. Cary, IL | Registration updated when owner moved the vehicle to a new location |
| 10/28/2006 | 21,000 | Illinois Inspection Station Chicago Heights, IL | Passed emissions inspection |

**OWNER 3**
Purchased: 2007
Where: Illinois
Est. miles/year: ---
Est length owned: 12/6/07 - present (2 months)

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 12/06/2007 | 33,573 | Illinois Motor Vehicle Dept. Hoffman Estates, IL Title #X7340891825 | Title issued or updated New owner reported Loan or lien reported |

If you are buying this vehicle from a private seller, check to be sure any associated Lien on the vehicle has been paid off.

Tell us what you know about this vehicle

Have Questions? Please visit our Help Center at www.carfax.com

**GLOSSARY**                       View Full Glossary

- **First Owner**
  When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.
- **New Owner Reported**
  When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.
- **Ownership History**
  CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1994 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.
- **Title Issued**
  A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.



| Additional Services & Resources | | |
|---|---|---|
| Auto Loans : LendingTree | InsWeb Auto Insurance | Extended Warranty |

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX©

© 2008 CARFAX, Inc., an R.L. Polk & Co. company. All rights reserved. Patents pending. 08 Feb 2008 18:36:37

**EXHIBIT D**

May-30-08 05:13P                                                              P.08
01/01/1999  00:02   6303726434              T ELLIOTT              PAGE  05



NOTICE

THE ODOMETER ON THIS
VEHICLE WAS REPAIRED
OR REPLACED AND SET
TO ZERO FROM:

_____ MILES

DATE: _____

BY: _____

FEDERAL LAW PROHIBITS
REMOVAL OR ALTERATION
OF THIS STICKER.

02/08/20

8

**EXHIBIT E**

May-30-08 05:13P

01/03/1999  15:47    6383726434                    T ELLIOTT ___                    PAGE  02



## McGRATH
### (H) HONDA in Elgin

955 E. Chicago St. • Elgin, IL 60120
(847) 895-8000
VISIT OUR OTHER LOCATIONS

| McGRATH | McGRATH | McGRATH | McGRATH |
|---|---|---|---|
| HONDA in St. Charles | PONTIAC BUICK of St. Charles | ACURA in Morton Grove | AUDI in Glenview |
| 1411 East Main St. • ST. CHARLES, IL 60174 | 1421 East Main St. • ST. CHARLES, IL 60174 | 9105 Waukegan Road • MORTON GROVE, IL 60053 | 301 Waukegan Road • GLENVIEW, IL 60025 |
| Phone (630) 443-8400 | Phone (630) 584-8400 | Phone (847) 470-8200 | Phone (847) 998-8000 |

| CUSTOMER NO. 17233 | | | MATTHEW MEINKEN | 4514 | TAG NO. | | DATE 02/11/08 | HOCS194635 |
|---|---|---|---|---|---|---|---|---|
| TRICIA ELLIOTT | | | LABOR RATE | LICENSE NO. | MILEAGE 89,059 | COLOR 7 | STOCK NO. | |
| 816 CONCORD LN | | | YEAR / MAKE / MODEL 02/HONDA/CR-V/4 DOOR | | | DELIVERY DATE | DELIVERY MILES | |
| HOFFMAN ESTATES, IL 60195 | | | VEHICLE I.D. NO. 5 H S R D 7 8 8 4 2 0 0 3 6 3 | | | SELLING DEALER NO. | PRODUCTION DATE | |
| 847-496-4415 | 630-244-4283 | | F.T.X. NO. | | P.O. NO. | | 02/07/08 | |
| | | | COMMENTS | | | | | |

### LABOR & PARTS

C/S THE CAR IS NOT RECOGNIZING THE KEY
AFTER FUSE BOX REPLACEMENT. THE SYMPTOMS WERE STILL PRESENT
TRACED DOWN THE WHOLE CIRCUIT AND FOUND THE REAR WIPER
CONTROLL UNIT CONNECTOR BROKEN AND CORRODED DUE TO SALT
AND WATER FROM THE HOLE IN THE RIGHT REAR WHEEL WELL.
NEED TO REPLACE THE SUBHARNESS AND CONTROLL UNIT TO FIX.
TEMP. REPAIRED THE HOLE WITH DUCT TAPE AND UNDERCOATING
REPLACED THE HARNESS AND THE CONTROLL UNIT/WE ALSO FOUND
THAT THE GUAGE CLUSTER HAS BEEN REPLACED PER THE STICKER ON
THE DRIVERS DOOR JAM. THE REAL MILEAGE IS ADDING THE STICKER
TO THE CURRENT MILES ON THE ODOMETER

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 7316187 | WIRE HARN 32108-S9A | 203.75 | 203.75 |
| JOB # 1 | 1 | 6900088 | CONTROL U 76750-S9A | 120.27 | 120.27 |
| JOB # 1 | 1 | UNDER | COATING | 18.90 | 18.90 |
| | | | JOB # 1 TOTAL PARTS | | 342.92 |
| | | | JOB # 1 TOTAL LABOR & PARTS | | 592.92 |

LOANER CAR PLATE #
I17

| PARTS | QTY | FP-NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| | | | JOB # 2 TOTAL PARTS | | 0.00 |
| | | | JOB # 2 TOTAL LABOR & PARTS | | 0.00 |

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
ORIGINAL ESTIMATE OF $790.00 (+TAX)
COMMENTS
DROP OFF DROP OFF DROP OFF

### DISCLAIMER OF WARRANTIES

The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of The Items/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of The Item/Items.

### CONVENIENT SERVICE HOURS:

MONDAY - FRIDAY:
7:30 AM - 9:00 PM
SATURDAY:
8:00 AM - 3:00 PM

ORIGINAL EQUIPMENT REPLACEMENT PARTS AND LABOR ARE GUARANTEED FOR 12 MONTHS OR 12,000 MILES WHICHEVER COMES FIRST FROM DATE OF REPAIR.

## THANK YOU!
### FOR CHOOSING
### McGRATH
### FOR YOUR
### SERVICE NEEDS.





Honda
Authorized
Tire
Center
Factory Spec OEM Tires

May-30-08  05:14P                                          P.10

01/03/1999  15:47    6303726434              T ELLIOTT              PAGE  03



## McGRATH
### HONDA *in Elgin*

866 E. Chicago St. • Elgin, IL 60120
(847) 685-6000
VISIT OUR OTHER LOCATIONS

| McGRATH | McGRATH | McGRATH | McGRATH |
|---|---|---|---|
| HONDA *in St. Charles* | PONTIAC *of St. Charles* | ACURA *in Morton Grove* | AUDI *in Glenview* |
| 1411 East Main St. • ST. CHARLES, IL 60174 Phone (630) 443-6400 | 1421 East Main St. • ST. CHARLES, IL 60174 Phone (630) 584-6400 | 8105 Waukegan Road • MORTON GROVE, IL 60053 Phone (847) 470-2200 | 301 Waukegan Road • GLENVIEW, IL 60025 Phone (847) 904-8000 |

| CUSTOMER NO. 17233 | MATTHEW MEINKEN 4514 | | 02/11/08 | HDL194635 |
|---|---|---|---|---|
| TRICIA ELLIOTT 816 CONCORD LN HOFFMAN ESTATES, IL 60195 | LABOR RATE  LICENSE NO.  MILEAGE 89,059  COLOR | STOCK NO. | | |
| | 02/HONDA/CR-V/4 DOOR | DELIVERY DATE  DELIVERY MILES | | |
| | SH5RD7884?U00?6?1? | SELLING DEALER NO.  PRODUCTION DATE | | |
| | R.T.E. NO.  R.O. NO. | 02/07/08 | | |
| 847-496-4415  630-244-4283 | COMMENTS | | | |

TOTALS:

```
*****************************
* [ ] CASH   [ ] CHECK  CK NO.
* [ ] VISA   [ ] MASTERCARD  [ ] DISCOVER
* [ ] AMER XPRESS  [ ] OTHER
*PAYMT REC'D BY              DATE
*****************************
PARTS PREFACED BY * DENOTES USE OF SAID PART
***   THANK YOU FOR YOUR BUSINESS!!!
ILLINOIS TIRE USAGE TAX OF $3.50 PER TIRE HAS BEEN ADDED TO
THE INVOICE. THIS CHARGE CAN BE FOUND IN THE MISCELLANEOUS
SECTION AT THE BOTTOM OF YOUR INVOICE.
```

CUSTOMER SIGNATURE

| | |
|---|---|
| TOTAL LABOR.... | 250.00 |
| TOTAL PARTS.... | 342.92 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 29.15 |
| **TOTAL INVOICE $** | **622.07** |

**DISCLAIMER OF WARRANTIES**
The Factory Warranty Constitutes All Of The Warranties With Respect To The Sale Of This Item/Items. The Seller Hereby Expressly Disclaims All Warranties, Either Express Or Implied, Including Any Implied Warranty Of Merchantability Or Fitness For A Particular Purpose, And The Seller Neither Assumes Nor Authorizes Any Other Person To Assume For It Any Liability In Connection With The Sale Of This Item/Items.

**CONVENIENT SERVICE HOURS:**

MONDAY - FRIDAY:
7:30 AM - 9:00 PM
SATURDAY:
8:00 AM - 3:00 PM

ORIGINAL EQUIPMENT REPLACEMENT PARTS AND LABOR ARE GUARANTEED FOR 12 MONTHS OR 12,000 MILES WHICHEVER COMES FIRST FROM DATE OF REPAIR.

## THANK YOU!
### FOR CHOOSING
### McGRATH
### FOR YOUR
### SERVICE NEEDS.

ExpressChange

Honda
Authorized Tire Center
Factory Spec OEM Tires

PAGE 2 OF 2            CUSTOMER COPY            [ END OF INVOICE ] 04:06pm

**EXHIBIT F**

May-30-08 05:14P P.11
Black Book Historical Used Car Xpress Page 1 of 1



Copyright © 2008 Hearst Business Media Corp ALL RIGHTS RESERVED



VIN: SHSRD78842UC

UVC: —

VIN+UVC: —

Year: 2002

Make: Honda

Model: CR-V

Series: EX

Style: 4D Utility 4WD

Period: Weekly ⦿  Monthly ○

Select Date: Nov 12 2007

Download Values

2002 Honda CR-V EX 4D Utility 4WD

State: Illinois/Central Plains     N     Miles: 86159

Add/Deducts:

☐ w/o Auto Trans -$950

[Refresh] [Fin Calculator] [Lse Calculator] [VIN Detailing]

2002 Honda CR-V EX 4D Utility 4WD

VIN: 5HSRD78842U003039
UVC: 2002360088
VIN + UVC: 5HSRD7882088
MSRP: $21,500
Finance Advance: $11,600
Model Number: RD7882JW

Finance: $288
Lease: $127
Mileage Cat: B
Tire Size: 205/70R15
Base HP: 160 @ 6000
Taxable HP: 18.8

Weight: 3,347
Fuel Type: Gas
Wheelbase: 103.2

Cylinders: 4
Transmission: A
Drive Train: 4WD

| Residual | |
| --- | --- |
| Months | Value |
| 12 | $9,800 |
| 24 | $8,400 |
| 30 | $7,750 |
| 36 | $7,100 |
| 42 | $6,575 |
| 48 | $6,050 |
| 60 | $5,050 |

### Black Book Wholesale

| | Extra Clean | Clean | Average | Rough |
| --- | --- | --- | --- | --- |
| Base | $13,000 | $11,800 | $10,300 | $8,800 |
| Options | $0 | $0 | $0 | $0 |
| Mileage Adj. | ($1,975) | ($1,360) | ($650) | $0 |
| Total | $11,025 | $10,450 | $9,660 | $8,800 |

### Black Book Retail

| | Extra Clean | Clean | Average | Rough |
| --- | --- | --- | --- | --- |
| Base | $15,875 | $14,450 | $12,600 | $10,800 |
| Options | $0 | $0 | $0 | $0 |
| Mileage Adj. | ($1,975) | ($1,350) | ($650) | $0 |
| Total | $13,900 | $13,100 | $11,950 | $10,800 |

### Black Book Trade-In

| | Clean | Average | Rough |
| --- | --- | --- | --- |
| Base | $11,980 | $10,525 | $8,310 |
| Options | $0 | $0 | $0 |
| Mileage Adj. | ($1,360) | ($650) | $0 |
| Total | $10,030 | $9,875 | $8,310 |

Copyright © 2008 Hearst Business Media Corp  ALL RIGHTS RESERVED