UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSS ELLIOTT, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) No. 08 CV 2005 ) |
| CARMAX AUTO SUPERSTORES, INC., | ) Judge Pallmeyer ) Magistrate Judge Valdez |
|     Defendant. | ) |

**OFFER OF JUDGMENT**

Defendant, CARMAX AUTO SUPERSTORES, INC., pursuant to Federal Rule of Civil Procedure 68, makes the following offer of judgment to Plaintiff:

1.　　Payment to the Plaintiff in the amount of $4,500.00, in satisfaction of all claims alleged in the Complaint;

2.　　Payment to the plaintiff for reasonable attorney's fees to date based on actual time expended by the attorney(s) in connection with the commencement and prosecution of the action;

3.　　Pursuant to Federal Rule of Civil Procedure 68, this offer shall remain open for ten (10) days after service.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**CARMAX AUTO SUPERSTORES, INC.**


　　　　　　　　　　　　By:　　/s/ Christian A. Sullivan
　　　　　　　　　　　　　　　　One of its Attorneys

Bruce S. Terlep
Christian A. Sullivan
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6900
Attorney No. 6278557