UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSS ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 2005 |
| ) | |
| CARMAX AUTO SUPERSTORES, INC., ) | Judge Pallmeyer |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

### STIPULATION TO DISMISS

All matters in dispute between the parties to the above entitled cause having been satisfactorily compromised and settled:

IT IS HEREBY STIPULATED AND AGREED by and between said parties, ROSS ELLIOTT and CARMAX AUTO SUPERSTORES, INC., by their respective attorneys, that the said cause may be dismissed with prejudice, without costs to any party, all costs having been paid.

IT IS FURTHER STIPULATED AND AGREED that an Order pursuant to the foregoing may be entered of record without further notice to any party, upon the presentation of this stipulation. IT IS FURTHER STIPULATED AND AGREED that said dismissal shall be a bar to all parties to the bringing of any action based on or including the claims for which this action has been brought.

WHEREFORE, the parties hereto pray that the Court will enter an order dismissing the Complaint of Plaintiff, with prejudice.

By: Krohn & Moss, Ltd.
Attorneys for Plaintiff

By: Swanson, Martin & Bell, LLP
Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSS ELLIOTT, | ) |
|      Plaintiff, | ) ) ) |
| vs. | )   No. 08 CV 2005 ) |
| CARMAX AUTO SUPERSTORES, INC., | )   Judge Pallmeyer )   Magistrate Judge Valdez |
|      Defendant. | ) |

### ORDER

    This cause coming on to be heard on this date upon the Stipulation for Dismissal with prejudice filed herein by the above Plaintiff and above-named Defendant, the Court having examined said Stipulation and being fully advised in the premises, finds that that this matter has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the Complaint, with prejudice; the Court further finds that all costs have been paid.

    IT IS HEREBY ORDERED that the Complaint of Plaintiff against the Defendant be, and the same is hereby dismissed, with prejudice.

    The status date of September 16, 2008 is hereby stricken.

Done this _____ day of August, 2008.        _____
                                                                             **JUDGE**

Order Prepared by:

Bruce S. Terlep
Christian A. Sullivan
SWANSON, MARTIN & BELL, LLP
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
630-799-6900