Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2005 | DATE | 8/28/2008 |
| CASE TITLE | Ross Elliott vs. Carmax Auto Superstores, Inc. | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED that Complaint of Plaintiff against the Defendant be, and the same is hereby dismissed, with prejudice. Status hearing set for 8/16/2008 is hereby stricken. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG 28 PM 5:15
FILED-ENT