MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSS ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 2005 |
| ) | |
| CARMAX AUTO SUPERSTORES, INC., ) | Judge Pallmeyer |
| ) | Magistrate Judge Valdez |
| Defendant. ) | |

### ORDER

This cause coming on to be heard on this date upon the Stipulation for Dismissal with prejudice filed herein by the above Plaintiff and above-named Defendant, the Court having examined said Stipulation and being fully advised in the premises, finds that that this matter has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the Complaint, with prejudice; the Court further finds that all costs have been paid.

IT IS HEREBY ORDERED that the Complaint of Plaintiff against the Defendant be, and the same is hereby dismissed, with prejudice.

The status date of September 16, 2008 is hereby stricken.

Done this 28th day of August, 2008.          _____
                                                        JUDGE

Order Prepared by:

Bruce S. Terlep
Christian A. Sullivan
SWANSON, MARTIN & BELL, LLP
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
630-799-6900